UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL M. MENDOZA and MARIA N. MENDOZA, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE FINANCIAL CORP.; KENNETH LOW; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; all persons currently unknown claiming any legal or equitable interest in the Trust Property; and DOES ONE THROUGH ONE HUNDRED, inclusive, <br><br> Defendants. | No. C-09-3648 SC <br><br> ORDER DISMISSING CASE |

On December 3, 2009, the Court dismissed all of the claims filed by Plaintiffs Ariel M. Mendoza and Maria N. Mendoza ("Plaintiffs"). Docket No. 18 ("Order"). The Court dismissed the claims against Defendant Countrywide Financial Corporation with prejudice, and the Court dismissed Plaintiffs' claims against the other Defendants without prejudice. Id. at 20. The Court gave Plaintiffs thirty (30) days to amend their Complaint. Id.

///
///
///
///

That deadline has now passed, and Plaintiffs have not amended their Complaint. This case is therefore DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: January 21, 2010

_____
UNITED STATES DISTRICT JUDGE